## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WINSTON JONES,**

     **Plaintiff,**

**vs.**                                             **CASE NO: 8:21-cv-00363-MSS-SPF**

**VERIZON COMMUNICATIONS,
INC.,**

     **Defendants.**
_____/

## DEFENDANT VERIZON COMMUNICATIONS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant Verizon Communications, Inc. ("Defendant"), by and through its undersigned counsel, makes the following disclosure:

Verizon Communications, Inc. is a publicly traded corporation (NYSE: VZ). Verizon has no parent corporation.  Verizon has no subsidiaries or affiliate entities that have issued stock or debt securities to the public.  No publicly held corporation owns 10% or more of Verizon's stock.

.

DATED this 14th day of May, 2021.

Respectfully submitted,

*/s/Monica Williams Harris*
**LAURA E. PRATHER, B.C.S.**
**Lead Counsel**
Florida Bar No.: 870854
**MONICA WILLIAMS HARRIS**
Florida Bar No.: 0566780
E-mail: laura.prather@jacksonlewis.com
E-mail: monica.harris@jacksonlewis.com
E-mail: nicole.villa@jacksonlewis.com
E-mail: tampadocketing@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:  813-512-3210
Facsimile:   813-512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 14, 2021, a true and correct copy of *Defendant Verizon Communications, Inc.'s Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system and served via email to counsel of record.

*/s/ Monica Williams Harris*
Monica Williams Harris, Esq.